A CERTIFIED TRUE COPY
ATTEST
By Darion Payne on Dec 01, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Dec 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
    Jeffrey Buffington, et al. v. SunTrust Bank, Inc.,    )
        N.D. Georgia, C.A. No. 1:09-1558    )    MDL No. 2036

## TRANSFER ORDER

    **Before the entire Panel**[*]: Defendant SunTrust Bank (SunTrust) moves pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring this action (*Buffington*) to the Southern District of Florida for inclusion in MDL No. 2036. The *Buffington* plaintiffs oppose the motion.

    After considering all argument of counsel, we find that *Buffington* involves common questions of fact with actions in this litigation previously transferred to the Southern District of Florida. Transfer of the action to the Southern District of Florida for inclusion in MDL No. 2036 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that (1) the Southern District of Florida was a proper Section 1407 forum for actions involving claims relating to the alleged improper imposition of bank checking account overdraft fees; and (2) while there are some unique questions of fact from bank-to-bank, all actions share sufficient factual questions relating to industry-wide bank posting policies and procedures to warrant centralization of all actions in one MDL docket. *See In re Checking Account Overdraft Litigation*, 626 F.Supp.2d 1333 (J.P.M.L. 2009). Accordingly, *Buffington* clearly falls within the scope for this MDL docket established by the Panel.

    SunTrust argues against inclusion of *Buffington* in MDL No. 2036 proceedings that, *inter alia*, plaintiffs' claims are subject to arbitration. Arbitration clauses are, however, often included in checking account customer agreements. The question of the arbitrability of overdraft claims is already before the MDL No. 2036 transferee court. Inclusion of *Buffington* will lead to the consistent and expeditious consideration of this threshold issue in *Buffington* and other MDL No. 2036 actions. *In re: Checking Account Overdraft Litigation*, 2009 WL 3460951 (J.P.M.L. Oct. 7, 2009).

---

[*]     Judge Heyburn took no part in the disposition of this matter.

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of Florida and, with the consent of that court, assigned to the Honorable James Lawrence King for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
Robert L. Miller, Jr.
Acting Chairman

John G. Heyburn II, Chairman[*]    Kathryn H. Vratil
David R. Hansen                    W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.              David G. Trager



IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                    MDL No. 2036

## PANEL SERVICE LIST

Lindsey Elisa Bowen
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136

Robert C. Gilbert
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

Ruben Honik
GOLOMB & HONIK PC
1515 Market Street
Suite 1100
Philadelphia, PA 19102

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086

Edward Adam Webb
WEBB KLASE & LEMOND LLC
1900 The Exchange, SE
Suite 480
Atlanta, GA 30339